# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

U.S.A.,

          Plaintiff(s),

v.

D1  WAYLAND MULLINS;
D2  MICHAEL RICHARDSON,
          Defendant(s).
_____/

CASE NUMBER: 06-20015

HONORABLE GEORGE CARAM STEEH

## NOTICE OF:
## STATUS CONFERENCE

You are hereby notified to appear before the Honorable George Caram Steeh, United States District Judge for the above proceeding on:

| DATE | TIME | CHAMBERS |
|---|---|---|
| JUNE 6, 2006 | 10:00 AM | Theodore Levin U.S. Courthouse and Federal Building<br>231 W. Lafayette, Room 238<br>Detroit, MI 48226 |

**(Attorneys only)**

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon attorneys of record on this date June 2, 2006 by electronic mail.

Date: June 2, 2006

s/Marcia Beauchemin
Case Manager to the
Hon. George Caram Steeh
(313) 234-5175